UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DAISY J. JOSEPH,

                              Plaintiff,                                      23-CV-03848 (JHR) (GS)

            -against-                                     **TELEPHONE CONFERENCE ORDER**

SEPHORA,

                                Defendant.

-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference on **Thursday, September 28, 2023 at 10:00 a.m.**, in order for the parties to advise the Court as to the status of this matter. The conference will be conducted telephonically via Microsoft Teams. The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* litigant at the following address: 555 Village Rd. West Princeton Jct., NJ 08550.

      **Please dial (646) 453-4442, Access Code: 427 350 874#.**

      SO ORDERED.

DATED:    New York, New York
                September 21, 2023

                                                                    _____
                                                                    GARY STEIN
                                                                    United States Magistrate Judge