```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAISY J. JOSEPH                                      :
                                                     :     23 Civ. 03848 (JHR) (GS)
                            Plaintiff,               :
                                                     :           **ORDER**
            - against -                              :
                                                     :
SEPHORA,                                             :
                                                     :
                            Defendant.               :
-----------------------------------------------------------X
```

**GARY STEIN, United States Magistrate Judge:**

On September 21, 2023, the undersigned ordered a Telephone Conference for Thursday, September 28, 2023 in order for the parties to advise the Court as to the status of this matter. (Dkt. No. 14). On September 26, 2023, by letter motion, *pro se* Plaintiff Daisy Joseph requested a rescheduling of the conference to have more time to adequately prepare therefor. (Dkt. No. 15). Accordingly, the September 28, 2023, Telephone Conference is rescheduled to **Wednesday, October 11, 2023 at 2:00 p.m.** The conference will be conducted telephonically via Microsoft Teams.

**Please dial (646) 453-4442, Access Code: 427 350 874#.**

**SO ORDERED.**

DATED:   New York, New York
         September 27, 2023

                                                    _____
                                                    GARY STEIN
                                                    United States Magistrate Judge

1