**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

DAISY J. JOSEPH,

                                  Plaintiff,                  **23 Civ. No. 3848 (JPO) (GS)**

            -against-                    **TELEPHONE CONFERENCE**
                                                                                 **ORDER**

SEPHORA,

                                Defendant.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

    This action is scheduled for a Telephone Conference on **Wednesday, October 18, 2023 at 10:00 a.m.** Parties are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 965 035 664#.**

    SO ORDERED.

DATED:    New York, New York
                 October 11, 2023

                                                                 _____
                                                                 GARY STEIN
                                                                 United States Magistrate Judge