UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAISY J. JOSEPH,

                              Plaintiff,

    -against-

SEPHORA,

                              Defendant.
------------------------------------------------------------------X

23 Civ. No. 3848 (JPO) (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Tuesday, August 27, 2024 at 10:00 a.m.**  The parties are directed to submit a joint status letter no later than **Friday, August 23, 2024.**  The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.  **Meeting ID: [265 590 644 084] Passcode: [jUXxUm]**

       SO ORDERED.

DATED:    New York, New York
                June 27, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge