UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAISY J. JOSEPH

                  Plaintiff,

       -against-

SEPHORA,

                  Defendant.
------------------------------------------------------------------X

23 Civ. No. 3848 (JPO) (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Wednesday, November 13, 2024 at 10:00 a.m.** The Parties is directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [211 184 326 259]  Passcode: [nMaEpB]**

    **SO ORDERED.**

DATED:    New York, New York
               August 27, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge