UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAISY JOSEPH,

                      Plaintiff,

    -against-

SEPHORA,

                      Defendant.
------------------------------------------------------------------X

23 Civ. No. 3848 (JPO) (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

    This action is scheduled for a Video Status Conference on **Wednesday, January 22, 2025 at 10:00 a.m.** The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [258 250 285 394]  Passcode: [4rxRm3]**

    SO ORDERED.

DATED:    New York, New York
               November 13, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge