UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAISY J. JOSEPH,

                              Plaintiff,                        **23 Civ. 3848 (JPO) (GS)**

        -against-

                                                                   **ORDER**

SEPHORA,

                              Defendant.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On March 21, 2025, the Court conducted a discovery conference regarding the discovery disputes raised in the parties' March 14 and March 18, 2025 letters. (Dkt. Nos. 58 & 60). For the reasons stated on the record during the conference:

1. Defendant shall obtain from Dayforce, and shall produce, the requested employee scheduling records for the Times Square store for the months of August and September 2021.

2. Defendant shall produce disciplinary records for Plaintiff's immediate supervisor and that person's supervisor (Kipton Wallis and Patricia Lopez).

3. Defendant shall produce the agreed upon Leadership training materials in use in 2021.

Plaintiff's requests for discovery are otherwise denied. As fact discovery is to be completed by Friday, March 28, 2025, the parties are to provide a joint status letter by Friday,

April 4, 2025, advising the Court as to the status of discovery, whether any outstanding disputes remain, and whether the parties wish to engage in settlement discussions before the undersigned or through another form of mediation.

    **SO ORDERED.**

DATED:    New York, New York
               March 24, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge