UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAISY JOSEPH,

                                    Plaintiff,                           **23 Civ. No. 3848 (JPO) (GS)**

        -against-

                                                                               **ORDER**

SEPHORA,

                                  Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       Pursuant to the Court's instructions at the conference held on May 9, 2025 on Sephora's motion challenging redactions made to Plaintiff's medical records (*see* Dkt. Nos. 73–76), Plaintiff submitted for *in camera* review an unredacted copy of the seven pages of documents she produced as well as a copy of the single page on which redactions were made, showing the redactions. Having reviewed this material, the Court **GRANTS IN PART** and **DENIES IN PART** Sephora's motion, as follows: (1) the information Plaintiff redacted at lines 3–14 of the page in question, which concerns Plaintiff's own medical history, is relevant to the claims or defenses in this action and thus is discoverable; and (2) the information redacted at lines 21–22 of the page, which relates only to Plaintiff's family medical history, is not relevant to the claims or defenses in this action and thus is not discoverable. Accordingly, Plaintiff is directed to reproduce the document at issue with the redactions at lines 3–14 removed. The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. No. 73.

       In addition, based on statements in Plaintiff's *ex parte* email to the Court, the Court believes that additional information is needed to understand the nature of the treatment notes and medical records sought, the methods and procedures used to acquire them, and the responsive documents that have been, and may not have been, produced. This action is therefore scheduled

for a Video Status Conference on **Thursday, May 15, 2025 at 11:00 a.m.**  The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>.  **Meeting ID: [269 649 533 933 9]  Passcode: [79Ea3A8r]**

    **SO ORDERED.**

DATED:    New York, New York
              May 12, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge