**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DAISY J. JOSEPH,

                          Plaintiff,                     **23 Civ. No. 3848 (JPO) (GS)**

        -against-                              **PRE-SETTLEMENT**
                                                **CONFERENCE ORDER**

SEPHORA*,*

                        Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Thursday, January 15,**

**2026 at 10:00 a.m.**  Please dial (646) 453-4442, Access Code: 928 414 329#.

       **SO ORDERED.**

DATED:     New York, New York
             January 5, 2026

                                           _____
                                          The Honorable Gary Stein
                                          United States Magistrate Judge