**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DAISY J. JOSEPH,

                       Plaintiff,                **23 Civ. No. 3848 (JPO) (GS)**

        -against-

SEPHORA,                              **ORDER SCHEDULING**
                                         **SETTLEMENT CONFERENCE**

                       Defendant.
-------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Wednesday, February 4, 2026 at 2:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters, if any, must be submitted to the Court no later than **Wednesday, January 28, 2026**.

        **SO ORDERED.**

DATED:     New York, New York
              January 15, 2026

                                    _____
                                    The Honorable Gary Stein
                                    United States Magistrate Judge